```
 1  QUIN DENVIR, Bar #49374
    Federal Defender
 2  LIVIA R. MORALES, Bar #224504
    Staff Attorney
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5  Attorney for Defendant
    EMILIO FLORES
 6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No.  CR S-05-0484-DAD |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| EMILIO FLORES, | ) | Date: February 6, 2006 |
| | ) | Time: 10:00 a.m. |
| Defendant. | ) | Judge: Hon. Dale A. Drozd |
| _____ | ) | |

IT IS HEREBY STIPULATED and agreed to between the United States of America through MATTHEW STEGMAN, Assistant United States Attorney, and defendant, EMILIO FLORES, by and through his counsel, LIVIA R. MORALES, Staff Attorney, that the trial confirmation hearing set for December 20, 2005 be rescheduled for Tuesday, January 17, 2006, and that the jury trial set for January 9, 2006 be rescheduled for Monday, February 6, 2006.

This continuance is also being requested because defense counsel needs more time to prepare and because defense counsel will be out of the country on the date set for jury trial.  Defense counsel is interviewing

various witnesses, investigating the layout of the building where Mr. Flores was cited, and investigating the nature of Mr. Flores' job as a bounty hunter and the nature of his authority in that position.  In addition, defense counsel anticipates it will be difficult to perform the necessary investigation in light of the upcoming holidays.

Mr. Flores had his initial appearance on November 8, 2005, and the matter was immediately set for trial confirmation hearing and jury trial. This is the first continuance requested by Mr. Flores.

Speedy trial time may be excluded from the date of this order through the date of the jury trial on February 6, 2006, pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

Dated: December 16, 2005

                                    Respectfully submitted,

                                    QUIN DENVIR
                                    Federal Defender

                                    /s/ Livia R. Morales
                                    _____
                                    LIVIA R. MORALES
                                    Staff Attorney
                                    Attorney for Defendant
                                    EMILIO FLORES

DATED: December 16, 2005

                                    McGREGOR W. SCOTT
                                    United States Attorney

_____/S/ Michael Beckwith for
                                    _____
                                    MATTHEW STEGMAN
                                    Assistant United States Attorney

///

///

///

///

**O R D E R**

IT IS SO ORDERED.

For the reasons stated above, I find that counsel needs additional time to prepare. I find that the ends of justice warrant an exclusion of time, and that the defendant's need to prepare exceeds the public interest of a trial within 70 days. Time is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) [Local Code T4] for the reasons stated above until the jury trial on Monday, February 6, 2006.

DATED: December 19, 2005.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.criminal/flores0484.stipord