McGREGOR W. SCOTT
United States Attorney
MATTHEW C. STEGMAN
Assistant U.S. Attorney
JOHN S. GATSCHET
Certified Student, Misdemeanor Unit
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2805

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )   | Crim. No. 05-484 DAD |
|       )     Plaintiff,   ) | GOVERNMENT'S MOTION TO DISMISS WITHOUT PREJUDICE AND ORDER |
|       v.   ) | |
| EMILIO A. FLORES,   ) | DATE: February 21, 2006 |
|       )   Defendant.   ) | TIME: 10:00 a.m. |
|       ) | JUDGE: Hon. Dale A. Drozd |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its undersigned attorney, hereby moves this Honorable Court for an Order dismissing without prejudice Criminal Case Number 5-484 DAD. The defendant is seeking Deferred Entry of Judgment and the Government is unwilling to agree to such a disposition. The Government would consider having the case handled in state court because the Government feels that California Penal Code 1203.4 best articulates the defendant's interest in a possible expungement after successful completion of probation.

///

///

1

Because there are only eleven days remaining under the Speedy Trial Act there is insufficient time to work out these issues.

DATED: February 16, 2006

          McGREGOR W. SCOTT
          United States Attorney

          By: /s/ Matthew C. Stegman
          MATTHEW C. STEGMAN
          Assistant U.S. Attorney

## ORDER

IT IS SO ORDERED:

DATED: February 16, 2006.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders/criminal/flores0484.dism

2